GILBERT D. METCALF, Appellant, *v.* MORRIS SHEAR et al., Respondents.

*Metcalf* v. *Shear*, 31 App. Div. 635, affirmed.
(Argued April 29, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 25, 1898, affirming a judgment in favor of defendants entered upon the report of a referee.

*F. M. Todd* for appellant.

*Hudson Ansley* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.